UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACEY JAMES WONDRA,<br><br>               Plaintiff,<br><br>vs.<br><br>YOUTUBE, JOSHUA GRIFFIN DIAZ,<br>KELLY MILLER, DEVORAH,<br>BROOKS, JUSTIN, SAMANTHA<br>BRAMARD, LAUREN MATHIAS,<br>and JOHN MATHIAS,<br><br>               Defendants. | Case No. 1:25-cv-00054-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered on this date, **IT IS ORDERED,**

**ADJUDGED, and DECREED** that this entire case is DISMISSED without prejudice.

After entry of the Judgment, the Clerk of Court shall close this case.

DATED: March 10, 2026

B. Lynn Winmill
U.S. District Court Judge